No. 66116.—Hercules Div. American Machine Foundry Co. et al. *v.* United States, protests 61/4688–S, etc. (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66117.—G. Joannou Cycle Co., Inc. *v.* United States, protest 59/1823 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of streamers for steel bicycle grips, not essential or necessary to the operation of a bicycle, the claim of the plaintiff was sustained.

No. 66118.—Arthur Salm, Inc. *v.* United States, protest 59/25143–11061 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of percussion hammers similar in all material respects to those the subject of *Arthur Salm, Inc.* v. *United States* (46 Cust. Ct. 68, C.D. 2235), the claim of the plaintiff was sustained.